IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03180-PAB-KMT

CHRISTOPHER P. ROBILLARD,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF WELD COUNTY COLORADO,
THE OFFICE OF THE WELD COUNTY CORONER/MEDICAL EXAMINER,
PATRICK C. ALLEN, M.D., in his individual capacity,
MARK WARD, in his individual capacity, and
JAMES A. WILKERSON IV, M.D., in his individual capacity,

    Defendants.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to all previous orders entered in the case as well as the Order [Docket No. 59] of Judge Philip A. Brimmer entered on April 18, 2013 it is

    **ORDERED** that the Motion for Judgment on the Pleadings [Docket No. 44] is GRANTED.  It is further

    **ORDERED** that Defendants' Motion for Summary Judgment [Docket No. 47] is DENIED as moot.  It is further

    **ORDERED** that final judgment is entered in favor of the defendants and against Plaintiff, who recovers nothing, and this case is dismissed.  It is

    **FURTHER ORDERED** that the Defendants are **AWARDED** costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 22nd day of April, 2013.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler

Edward P. Butler
Deputy Clerk